IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEAVY DOFTON MOORE
ADC #135139                                                                                                    PETITIONER

VS.                                            5:06CV00031 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                              RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, IT IS CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 12th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE